In Re: Spicer v. Horak Brown et al
Case No. 10-44220-rfn-7
Adv. No. 11-04020-rfn

## SUMMONS SERVICE EXECUTED

I,  _____John Dee Spicer, Trustee_____

of**  _____John Dee Spicer, P.C._____

certify:

    If service was made by personal service, by residence service or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

    That on the __28th__ day of __February__ 2011, I served a copy of the within summons, together with the complaint filed in this proceeding, on

    Linda Ann Horak Brown

the defendant in this proceeding, by *{describe here the mode of service}*

    U.S. Certified Mail, Return Receipt Requested
    RRR #70031010000171629314

the said defendant at:

    Linda Ann Horak Brown
    1591 Randol Mill Ave.
    Roanoke, Texas  76262

and by and through the defendant's attorney to:

    Louis A. Shaff
    Prevost & Shaff
    1518 Legacy Dr., Ste 260
    Frisco, TX  75034

    U.S. Certified Mail, Return Receipt Requested
    RRR #70031010000171629321

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __February 28, 2011__      __/s/ John Dee Spicer_____
    *(Date)*      *(Signature)*

** __P.O. Box 820009, N. Richland Hills, Tx  76182__
    *(State Mailing Address)*